PROB 12C
(7/93)

Report Date: August 31, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 3 1 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Uber Alejandres-Santa Cruz    Case Number: 2:08CR02085-003

Address of Offender: incarcerated at San Luis detention center, Arizona

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 18, 2009

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Manufacture a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 41 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: July 22, 2011 |
| Defense Attorney: | William A. Schuler, III | Date Supervision Expires: July 21, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Alejandres-Santa Cruz reentered the United States illegally on August 20, 2012.<br><br>According to the border patrol, on August 20, 2012, the defendant, along with five others, were apprehended for illegally entering the United States near Blythe, California. They advised that no charges will be filed against the offender as a deadline for them to file charges has passed. They also advised, the defendant will subsequently be deported to Mexico. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

<u>**Supporting Evidence**</u>: Mr. Alejandres-Santa Cruz illegally reentered the United States without permission on August 20, 2012, as noted in violation 1. According to the U.S. Immigration and Customs Enforcement, the defendant was deported to Mexico on July 22, 2011, at San Ysidro, California, and has not obtained permission to reenter the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/31/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/31/12
Date